## BLACK v. WESTERN CAROLINA UNIVERSITY

No. 154P93

Case below: 109 N.C.App. 209

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 29 July 1993.

## BROWN v. DISCIPLINARY HEARING COMM.

No. 141P93

Case below: (9210NCSB373)

Notice of Appeal by plaintiff pursuant to G.S. 7A-30 dismissed 29 July 1993. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed 29 July 1993. Petition by plaintiff for writ of certiorari to review the order of the North Carolina Court of Appeals denied 29 July 1993.

## GIBSON v. HUNSBERGER

No. 229P93

Case below: 109 N.C.App. 671

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

## HALL v. N.C. LICENSING BD. FOR GENERAL CONTRACTORS

No. 276P93

Case below: 110 N.C.App. 490

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

## HALL v. NELSON

No. 265P93

Case below: 110 N.C.App. 661

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.